# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

SARAH A. HERNANDEZ,

Plaintiff

V.

COMMISSIONER OF SOCIAL SECURITY,
Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 1:12-cv-01270

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this __6th__ day of __August__, __2012__.

/s/ Gary S. Austin
Signature of Judicial Officer

Gary S. Austin, U.S. Magistrate Judge
Name and Title of Judicial Officer

IT IS SO ORDERED.

Dated:   **August 6, 2012**        /s/ **Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE