```
BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone:  (415) 977-8927
        Facsimile:  (415) 744-0134
        E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| SARAH A. HERNANDEZ,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:12-cv-1270-GSA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 45 days to respond to Plaintiff's Settlement Letter up to and including April 5, 2013.  The response is currently due February 19, 2013.  This extension is being sought to correct a potential defect in the administrative transcript.  This is the Commissioner's first extension request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 19, 2013          /s/ Brian C. Shapiro
                                  _____
                                  BRIAN C. SHAPIRO
                                  (as authorized via Brian C. Shapiro via email on 2/19/13)
                                  Attorney at Law
                                  Attorney for Plaintiff


Dated: February 19, 2013          BENJAMIN B. WAGNER
                                  United States Attorney
                                  DONNA L. CALVERT
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                         By:      /s/ Patrick William Snyder
                                  _____
                                  PATRICK WILLIAM SNYDER
                                  Special Assistant U.S. Attorney
                                  Attorneys for Defendant

**ORDER**

Pursuant to the above stipulation, Defendant's request for an extension of time to respond to Plaintiff's confidential letter brief until **April 5, 2013** is granted. Pursuant to this Court's scheduling order issued on August 7, 2012 (Doc. 6-1), Plaintiff's opening brief shall be due thirty (30) days after the service of Defendant's response. In the event that the parties stipulate to a remand to the Commissioner, the stipulation shall be filed with the Court within fifteen (15) days after the service of Defendant's response to the confidential letter brief. The scheduling order is modified accordingly. All other orders contained in this Court's scheduling order issued on August 7, 2012, in full force and effect. (Doc. 6-1).


  IT IS SO ORDERED.

  Dated:   **February 21, 2013**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE