```
BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:  (415) 977-8927
Facsimile:  (415) 744-0134
E-Mail: Patrick.Snyder@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| SARAH A. HERNANDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner of<br>Social Security,<br><br>  Defendant. | CIVIL NO. 1:12-cv-1270-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE BRIEF IN RESPONSE TO PLAINTIFF'S OPENING BRIEF |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 60 days to respond to Plaintiff's Opening Brief up to and including July 22, 2013.  The response is currently due May 22, 2013.  This extension is being sought due to an unavoidable transfer of assignments due to the undersigned's workload and an unplanned family medical issue resulting in absence from the office.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                               Respectfully submitted,

Dated:                             */s/ Brian C. Shapiro*

                                    _____
BRIAN C. SHAPIRO
(as authorized via email on May 20, 2013)
Attorney at Law
Attorney for Plaintiff

Dated:                            BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel, Region IX
Social Security Administration

                              By:

                                    */s/ Patrick William Snyder*
_____
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

    The Court adopts the parties' stipulation set forth above.  Defendant Carolyn Colvin's brief in response to Plaintiff Sarah Hernandez's Opening Brief shall be filed no later than July 22, 2013.  All other terms of the Court's Scheduling Order in this matter remain in effect.

    IT IS SO ORDERED.

    **Dated:   May 22, 2013**                **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE